UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. WILSON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01915-LJO-SAB (PC)<br><br>ORDER DIRECTING THAT ACTION PROCEED AGAINST DEFENDANT WILSON FOR RETALIATION AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS<br><br>[ECF Nos. 1, 8, 9]<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS |

　　　　Plaintiff Vance Edward Johnson is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Plaintiff declined magistrate judge jurisdiction on January 4, 2016 (ECF No. 6); therefore, this matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

　　　　On February 8, 2016, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable retaliation claim against Defendant Wilson only.  The Court granted Plaintiff the option of filing an amended complaint or notifying the Court of his intent to proceed on the retaliation claim only against Defendant Wilson.

On March 2, 2016, Plaintiff notified the Court of his intent to proceed only on his retaliation claim against Defendant Wilson.  (ECF No. 9.)   Accordingly, based on Plaintiff's notice, the Court HEREBY ORDERS as follows:

1. This action shall procced against Defendant Wilson for retaliation in violation of the First Amendment;

2. All other claims and defendants are dismissed from this action for failure to state a claim; and

3. The matter is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

Dated:  **March 3, 2016**              **/s/ Lawrence J. O'Neill**
                                               UNITED STATES DISTRICT JUDGE